*Monday, March 18, 2002*

## MOTION AND PROCEDURAL RULINGS

**01–1084. Miller v. Ohio Dept. of Transp.**
Erie App. No. E–99–082. This cause is pending before the court as an appeal from the Court of Appeals for Erie County. Upon consideration of the motion of *amicus curiae*, city of Sandusky, to participate in oral argument scheduled for April 10, 2002,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellants.

**01–1309. Cincinnati Ins. Co. v. Colelli & Assoc., Inc.**
Wayne App. No. 00CA0053. This cause is pending before the court as an appeal from the Court of Appeals for Wayne County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for April 10, 2002,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellants.

## DISCIPLINARY CASES

**01–2231. Cleveland Bar Assn. v. Harris.**
On motion to supplement record. Motion granted. Record to be filed within ten days of the date of this entry.

PFEIFER and COOK, JJ., dissent.

On motion to seal supplemental record. Motion denied.

MOYER, C.J., DOUGLAS and LUNDBERG STRATTON, JJ., dissent, would grant the motion to seal, but would make disclosure to the relator.

**02–65. Disciplinary Counsel v. Baumgartner.**
On February 1, 2002, this court imposed an interim remedial suspension against respondent, Elsebeth M. Baumgartner, pending final disposition of disciplinary proceedings. On February 19, 2002, relator, Disciplinary Counsel, filed a motion for order to appear and show cause, requesting the court to issue an order directing Elsebeth M. Baumgartner to appear and show cause why she should not be found in contempt for her failure to comply with this court's February 1, 2002 order. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that respondent appear in person before this court on March 27, 2002, at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

RESNICK, J., not participating.

*Tuesday, March 19, 2002*

## MOTION AND PROCEDURAL RULINGS

**02–297. State ex rel. Ditmars v. McSweeney.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's motion for reconsideration of the decision entered March 8, 2002, and to add the Franklin County Board of Elections as a party respondent, and relator's motion for peremptory writ of mandamus against the Franklin County Board of Elections,

IT IS ORDERED by the court that the motions be, and hereby are, denied.